# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 11-PO-00113-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. GOGI GRIFFITH**

**Defendant.**

---

## MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The supervising Probation Officer in this matter has requested the Magistrate Judge to hold a Compliance Review Hearing in this matter, therefore:

**IT IS HEREBY ORDERED** that a Compliance Review Hearing shall be held before the Magistrate Judge in Durango, Colorado on February 29, 2012 at 10:30 a.m.

Failure of the Defendant to appear may result in a warrant being issued for her arrest.

**DATED: February 27, 2012.**

                                                    **BY THE COURT:**

                                                    **s/David L. West**
                                                    **United States Magistrate Judge**